UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'07 CIV 11065

JUDGE KEENAN

-------------------------------------------------------------------X

SALVADOR DIAZ, on his own behalf
and on behalf of all others similarly situated,

                                        Plaintiff,

            -against-

DIVERSIFIED COLLECTION SERVICES, INC.

                                        Defendant.

-------------------------------------------------------------------X

**CLASS ACTION COMPLAINT**

JURY TRIAL DEMANDED

FILED
DEC - 6 2007
USDC

Plaintiff, by and through his undersigned attorney, alleges upon knowledge as to himself

and his own acts, and as to all other matters upon information and belief, brings this complaint

against the above-named defendant and in support thereof alleges the following:

PRELIMINARY STATEMENT

1.      Plaintiff brings this action on his own behalf and on behalf of all others similarly

situated for damages and declaratory and injunctive relief arising from the defendant's violation

of §1692 *et. seq.* of Title 15 of the United States Code, the Fair Debt Collections Practices Act

(hereinafter "FDCPA"), which prohibits debt collectors within the meaning of 15 U.S.C.

§ 1692a(6) from engaging in abusive, deceptive and unfair practices.

JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.  This is

an action for violation of 15 U.S.C. § 1692.

3.      Venue is proper in this district under 28 U.S.C. § 1391(b)(2).

PARTIES

4.    Plaintiff Salvador Diaz (hereinafter "Diaz") is a resident of the State of New York, New York County. On or about October 31, 2007, plaintiff received and came into contact with a form debt collection notice from defendant at plaintiff's home address. **Exhibit A**.

5.    Defendant Diversified Collection Services, Inc. is a California Corporation located at 333 N. Canyons Parkway, # 100, Livermore, California 94551. Defendant attempts to collect debts alleged to be due another. Its Registered Agent is C T Corporation System, 111 Eighth Avenue, New York, New York 10011. Its New York City Department of Consumer Affairs license number is 0958746.

CLASS ACTION ALLEGATIONS

6.    Plaintiff brings this action as a nationwide class action, pursuant to Rule 23 of the Federal Rules of Civil Procedure (hereinafter "FRCP"), on behalf of himself and all consumers who have received debt collection notices and/or letters from the defendant which are in violation of the FDCPA, as indicated in paragraphs numbered 18-20, and their successors in interest (the "Class"). Excluded from the Class is the defendant herein, and any person, firm, trust, corporation, or other entity related to or affiliated with the defendant, including, without limitation, persons who are officers, directors, employees, associates or partners of Diversified Collection Services, Inc. and Performant, Inc.

7.    This action is properly maintained as a class action. This Class satisfies all the requirements of Rule 23 for maintaining a class action.

8.    The Class is so numerous that joinder of all members is impracticable.  Upon information and belief, hundreds of persons have received debt collection notices from the defendant which violate various provisions of the FDCPA.

9.    There are questions of law and fact which are common to the Class and which predominate over questions affecting any individual Class member.  These common questions of law and fact include, without limitation:

a.    Whether the defendant violated various provisions of the FDCPA, including but not limited to 15 U.S.C. sections 1692e(10), 1692f(1) and 1692g.

b.    Whether plaintiff and the Class have been injured by the defendant's conduct;

c.    Whether plaintiff and the Class have sustained damages and are entitled to restitution as a result of defendant's wrongdoing and, if so, what is the proper measure and appropriate statutory formula to be applied in determining such damages and restitution; and

d.    Whether plaintiff and the Class are entitled to declaratory and/or injunctive relief.

10.    Plaintiff's claims are typical of the claims of the Class, and plaintiff has no interests adverse or antagonistic to the interests of other members of the Class.

11.    Plaintiff will fairly and adequately protect the interests of the Class and has retained experienced counsel, competent in the prosecution of class action litigation.

12.    A class action is superior to other methods for the fair and efficient adjudication of the claims herein asserted.  Plaintiff anticipates that no unusual difficulties are likely to be encountered in the management of this class action.

3

13.    A class action will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the duplication of effort and expense that numerous individual actions would engender.  Class treatment also will permit the adjudication of relatively small claims by many Class members who could not otherwise afford to seek legal redress for the wrongs complained of herein. Absent a class action the Class members will continue to suffer losses of statutorily protected rights as well as monetary damages and if defendant's conduct will proceed without remedy it will continue to reap and retain the proceeds of its ill-gotten gains.

14.    Defendant has acted on grounds generally applicable to the entire Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole.

## STATEMENT OF FACTS

15.    On or about October 31, 2007, defendant mailed a collection letter addressed to Salvador Diaz.  Upon receipt of defendant's letter, plaintiff opened and read it. The letter demanded payment of a debt allegedly owed by plaintiff.    A copy of said letter is annexed hereto as **Exhibit A**.

16.    On November 21, 2007, the validity of the debt was disputed and demand was made for verification of the debt to include court costs, collection fees, interest or miscellany. **Exhibit B**.

17.    On November 27, 2007, defendant sent a letter attempting to collect the debt reiterating a Balance of $7352.78 and including verification generated in October 2007 which evidenced $5606.76.  **Exhibit C**.

4

FIRST CAUSE OF ACTION

18.    Each of the above allegations is incorporated herein.

19.    The letter violated numerous provisions of the FDCPA by the debt collector's collection of fees which the debt collector has failed to provide the basis, either by agreement or law, in violation of 15 U.S.C. § 1692e(10) and 1692f(1).

20.    As a result of defendant's abusive, deceptive and unfair debt collection practices, plaintiff has been damaged.

**WHEREFORE**, plaintiff respectfully requests that the Court enter judgment as follows:

a)    Declaring that this action is properly maintainable as a class action and certifying plaintiff as Class representative;

b)    Awarding plaintiff statutory damages;

c)    Awarding class members the maximum statutory damages;

d)    Awarding plaintiff and the class costs of this action, including reasonable attorneys' fees and expenses; and

e)    Awarding plaintiff and the class such other and further relief as the Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the FRCP, plaintiff hereby demands a trial by jury.

Dated: December 4, 2007
      Uniondale, New York

                                              Abraham Kleinman (AK-6300)
                                              KLEINMAN LLC
                                              626 RexCorp Plaza
                                              Uniondale, New York 11556-0626
                                              Telephone (516) 522-2621
                                              Facsimile   (888) 522-1692

6

# DCS

DIVERSIFIED COLLECTION SERVICES, INC.
A PERFORMANT COMPANY

P.O. Box 9046, Pleasanton, CA 94566-9046                    Toll free:  888-310-2006

October 31, 2007

*5-21099837*

SALVADOR DIAZ
APT 5A
52 ARDEN ST
NEW YORK NY 10040-1721

| Re: | Diversified Collection Services, Inc. |
|---|---|
| Account No: | 90203328787 |
| Treasury Acct No: | 000Z70514 |
| Balance: | $7352.78 as of: October 31, 2007 |

Claim of: DEPT OF DEFENSE

The U.S. Department of the Treasury has contracted DCS, Inc. to secure the total recovery of the debt you owe the federal agency shown above. You may have noticed that your financial obligation has increased substantially, due to the penalties of default, as reflected in the total balance above.

On a more positive note, DCS can assist you if you are not in a position to pay your debt in full, but wish to enter into an affordable payment program to avoid the ramifications of non-payment. DCS may also be authorized to compromise a portion of your debts should you qualify and be in the position to secure the remaining balance. To determine if you qualify for these offers, you must telephone your DCS account representative at 888-310-2006 to verify your reduced payoff balance and determine your payment due date.

As of the date of this letter, you owe the balance reflected. Because of interest and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you. For further information, write to DCS or call the toll-free number shown above.

This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

**SEE THE REVERSE SIDE FOR THE FEDERAL VALIDATION NOTICE
AND OTHER REQUIRED STATE COMPLIANCE INFORMATION.**

LR240/TR03

## IMPORTANT NOTICE OF RIGHTS

*If this is the first notice you receive, be advised that:*

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

**California** – The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. PST. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Colorado** – FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.ago.state.co.us/cadc/cadcmain.cfm

**Maine** – Maine residents may contact our office by telephone at 800-866-5317 between the hours of 9:00 a.m. to 6:00 p.m. PST.

**Massachusetts** – Massachusetts residents may contact our office by telephone at 800-866-5317 between the hours of 9:00 a.m. to 6:00 p.m. PST. The business address is: 333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661. Massachusetts Law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**Minnesota** – Minnesota Law requires that we inform you that "This collection agency is licensed by the Minnesota Department of Commerce."

**New York** – Diversified Collection Services, Inc. is licensed to operate in New York City under License Number 0958746.

**North Carolina** – Diversified Collection Services, Inc. is licensed to operate under Permit number 3142.

**Tennessee** – Diversified Collection Services, Inc. is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

**Wisconsin** – Wisconsin Law requires that we inform you that "This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, WI 53707."

DIVERSIFIED COLLECTION SERVICES, INC.     333 NORTH CANYONS PARKWAY     925 960 4800 MAIN
A PERFORMANT COMPANY     SUITE 100     925 960 4880 FAX
LIVERMORE, CA 94551     PERFORMANTCORP.COM

DCS

7/2007 Rev. 0

LAW OFFICE

# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

November 21, 2007

**VIA FACSIMILE ONLY**
(925) 960-2397
Mr. Steve Sorensen
Diversified Collection Services, Inc.
P.O. Box 9046
Pleasonton, CA 94566-9046

**YOUR ACCOUNT NUMBER 90203328787**

Dear Mr. Sorensen:

Please be advised that I represent Salvador Diaz.

Please be advised that my client disputes the validity of the debt.

Please send Abraham Kleinman verification of this disputed debt.

Please send Abraham Kleinman itemization and the basis of court costs, collection fees, interest fees or miscellany.

Please send Abraham Kleinman the name and address of the original creditor.

Thank You,

Abraham kleinman

**EXHIBIT C**

DIVERSIFIED COLLECTION SERVICES, INC.
A PERFORMANT COMPANY

**DCS**

*P.O. Box 9046, Pleasanton, CA  94566-9046*          *Toll free:  888-310-2006*

November 27, 2007



```
* 5 - 2 1 3 1 4 0 5 3 *
```

ABRAHAM KLEINMAN
626 REXCORP PLZ
UNIONDALE NY 11556

Re:                Diversified Collection Services, Inc.
Treasury Acct No: 000270514
Account No:        90203328787
Balance:           $7352.78 as of:  November 27, 2007

Claim of:  DEPT OF DEFENSE
RE:        SALVADOR DIAZ

Dear ABRAHAM KLEINMAN:

Enclosed are copies of the document(s) that you requested.  Please review these document(s) with your client and notify us within the next ten (10) days whether your client intends to retire the obligation listed above. If you should have any questions regarding this matter, please do not hesitate to call your client's account representative at 888-310-2006.

As of the date of this letter, your client owes the balance reflected.  Because of interest and other charges that may vary from day to day, the amount due on the day you pay may be greater.  Hence, if your client pays the amount shown above, an adjustment may be necessary after we receive your client's check, in which event we will inform you.  For further information on your balance, write to DCS or call the toll-free number shown above.

This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose.

Enclosure

**SEE THE REVERSE SIDE FOR THE FEDERAL VALIDATION NOTICE
AND OTHER REQUIRED STATE COMPLIANCE INFORMATION.**

LR100/TR03

**PLEASE DETACH THIS STUB AND RETURN WITH PAYMENT**

U.S. Department of the Treasury - FMS          ☐ Check here for change of address and complete the reverse side.
Identification Number:   000270514                    Due Date:   November 27, 2007
                                                       Amount Due:   7352.78
Please check payment type:

Check / Money Order  ☐    American Express ☐    Amount Enclosed: _____
MasterCard           ☐    Diners Club      ☐    Make check payable to: *U.S. Department of the Treasury*
VISA                 ☐
Discover             ☐

Credit Card Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   Expiration Date: ☐☐☐☐
Signature: _____          Remit To:
          SALVADOR DIAZ                       U.S. Department of the Treasury - FMS
          626 REXCORP PLZ                     Diversified Collection Services, Inc.
          UNIONDALE NY 11556                  P.O. Box 70949
                                              Charlotte, NC 28272-0949

070949 2006230903A 0000735278 2

## IMPORTANT NOTICE OF RIGHTS

*If this is the first notice you receive, be advised that:*

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL: OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

**California** – The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. PST. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Colorado** – FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.ago.state.co.us/cadc/cadcmain.cfm.

**Maine** – Maine residents may contact our office by telephone at 800-866-5317 between the hours of 9:00 a.m. to 6:00 p.m. PST.

**Massachusetts** – Massachusetts residents may contact our office by telephone at 800-866-5317 between the hours of 9:00 a.m. to 6:00 p.m. PST. The business address is: 333 North Canyons Parkway, Suite 100, Livermore, CA 94551-7661. Massachusetts Law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**Minnesota** – Minnesota Law requires that we inform you that "This collection agency is licensed by the Minnesota Department of Commerce."

**New York** – Diversified Collection Services, Inc. is licensed to operate in New York City under License Number 0958746.

**North Carolina** – Diversified Collection Services, Inc. is licensed to operate under Permit number 3142.

**Tennessee** – Diversified Collection Services, Inc. is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

**Wisconsin** – Wisconsin Law requires that we inform you that "This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, WI 53707."

---

DIVERSIFIED COLLECTION SERVICES, INC.     333 NORTH CANYONS PARKWAY     925 960 4800 MAIN             **DCS**
A PERFORMANT COMPANY                      SUITE 100                     925 960 4880 FAX
                                          LIVERMORE, CA 94551           PERFORMANTCORP.COM

7/2007 Rev. O

**CHANGE OF ADDRESS:**

Name _____

Address _____

City _____ State _____ Zip _____

Telephone _____



**DEFENSE FINANCE AND ACCOUNTING SERVICE**
**DENVER CENTER**



OCT 1 0 2007

SALVADOR DIAZ
201 STATE ROUTE 34 S
COLTS NECK NJ 07722

Dear Mr. Diaz:

Regarding Account Number 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, a review of your account finds that your debt, in the principal amount of $5,606.76, remains valid.

Records indicate you were incarcerated December 1, 2000, and entered a non-pay status due to having crossed your original Enlistment Termination of Service (ETS) on that same date. In accordance with current law and regulation, you were entitled to no further pay after your ETS date. Your military pay account indicates you were paid $3,405.47 in regular mid-month and end-of-month payments, and $1,500.00 in allotments after that date. Additionally, Federal Income Tax Withholdings (FITW) of $701.29 was paid in excess of what was due after that date. Since you received the benefit of these FITW when you filed your 2000 and 2001 returns, you now remain liable to repay them. Enclosed is a DFAS-DE Form 0-641, Statement of Military Pay Account, for your information and review.

Since your account has been referred to Diversified Collection Services (a private collection agency) you must contact their office to arrange payment. You may contact them at

Sincerely,

Fiscal Quality Specialist
Directorate of Debt and Claims
Management

Enclosure:
As stated

# STATEMENT OF MILITARY LEAVE ACCOUNT

| NAME | SSAN | RANK | SERVICE | INCLUSIVE DATES OF ACTIVE DUTY | |
|---|---|---|---|---|---|
| | | | | FROM | TO |
| DIAZ, SALVADOR | 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 | E1 | N | Oct 01, 2000 | Jul 01, 2004 |

| LEAVE EARNED | | NO. OF DAYS | PERIODS OF LEAVE USED | | | | NO. OF DAYS |
|---|---|---|---|---|---|---|---|
| | | | FROM | TO | C | TYPE | |
| Brought Forward Prior F/Y | | 25.0 | 001020 | 001026 | A | Ordinary | 7 |
| Earned FROM | TO | | 001107 | 001126 | A | Ordinary | 20 |
| 001001 | 001130 | 5.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| Periods of Non-Accrual | | | | | | | 0 |
| Military Confinement: | | | | | | | 0 |
| 001201 | 040701 | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | 0 |
| | | 0.0 | | | | | |
| | TOTAL EARNED | 30.0 | | | TOTAL USED | | 27.0 |

ACCRUED LEAVE BALANCE    3.0
NON ACCRUAL    0.0
TOTAL ACCRUED LEAVE    3.0

### Computation of entitlements

Entitlements    Daily Rate

Leave accrual/non-accrual

1 - 6 = .5 days
7 - 12 = 1.0 days
13 - 18 = 1.5 days
19 - 24 = 2.0 days
25 - 30 = 2.5 days

EXPIRATION OF TERM OF SERVICE (ETS): 001130
NOT ENTITLED TO PAY AND ALLOWANCES AFTER ENTERING
CONFINEMENT DUE TO ETS PRIOR TO CONFINEMENT.

DoD Accrued leave payment reference
http:                                    $0.00

DFAS-DE FORM 0-442 (COMPUTER GENERATED)
OCT 96

9020332878 7



*U.S. Treasury – Financial Management Service (FMS)*
*Birmingham Debt Management Operations Center*
*Bi~~~~~~~~~~~~~~~~~~~~*

October 18, 2007

Diversified Collection Services
1███████████████
L████████████████

FedDebt Case No.: 2006230903A

In reply to a dispute submitted by the debtor, attached is debt information from the originating agency or their response to the dispute.

Per the agency, the debt is **valid** and collection should continue.

 *Analyst*
*Debt Resolution Branch*

Attachment

CG/dl

**WARNING**

The Sensitive but Unclassified (SBU) information attached to this letter is U.S. Government Property.  If you are not the intended recipient of this information, then disclosure, reproduction, distribution or use of this information is prohibited (18 USC, 641).  Please notify the Originator immediately to arrange for proper disposition.

# Treasury Cross-Servicing Dispute Resolution    SBU

DMS Request Date: August 17, 2007
FedDebt Case ID: 2006230903A
Creditor Agency Debt ID: 098487391L
Debtor: SALVADOR DIAZ

Total Number of Pages: _____
Principal Amount: $5,606.76
PCA Code: DSSB

Program: DoDDCM                For CMS Use Only:            2007 OCT 18 AM 9:09
Creditor Agency Contact Name: ████            HIC:
Creditor Agency Contact Phone: 30███████    Beneficiary Name:
Creditor Agency Facsimile:    30███

Dispute Number: DIS2007013585
Dispute request reason: MD00 Miscellaneous Dispute
Additional Comments: Debtor disputes claim - states that he is no longer incarcerated & is entitled to pay
debt commencing from time of his release from prison. See attached media dated 8/10/07.

If you have any questions regarding the dispute, please call Valencia Thompson at 205-912-6327.
Creditor Agency must return response to Bosch Stanley via facsimile 205-912-6374 within 60 days of request date.

---

Creditor Agency (CA) Dispute Resolution Section:
Please indicate a response by checking one of the following reasons. Please attach supporting documentation.

DAIC ____ CA agrees. Debt amount is incorrect. Requires financial adjustment.
DACC ____ CA disagrees. Debt amount is correct. Continue collection efforts.

MDAA ____ CA agrees. Miscellaneous dispute, stop collection activity.
MDFF ____ CA agrees. Miscellaneous dispute. Requires financial adjustment, continue collection efforts.
MDDD ____ CA disagrees. Miscellaneous dispute. Continue collection efforts.

VDWD ____ CA agrees. Wrong debtor, stop collection activity.
VDRD ____ CA disagrees. This is not the wrong debtor, continue collection efforts.

VDPP ____ CA agrees. Previously paid, stop collection activity.
VDNP ____ CA disagrees. Not previously paid, continue collection efforts.

VDPR ____ CA agrees. Previously resolved, stop collection activity.
VDNR ____ CA disagrees. Not previously resolved, continue collection efforts.

Financial Adjustment Information (To Be Completed By Creditor Agency):
Principal Amount    $ _____
Interest Amount    $ _____
Penalty Amount    $ _____
Admin Cost Amount    $ _____
Total Balance Owed    $ _____

Please check one of the following:
☐ Adjustment reflects the total balance currently owed by the debtor, and has been made by our Agency.
☐ Adjustment has not been made in FedDebt by the Agency, and should be made by DMS. _Scholle_
Creditor Agency Response Date: OCT 1 0 2007    Creditor Agency Response Contact: _J. Scholle_
Additional Comments By Creditor Agency: _____
_____
_____

_Response attached._

---

DSBDRF_107_ fdv1          00000000302006230903A DRF_0000428013 107



For statutory provisions regarding entitlements, deductions and collections
refer to the Defense Financial Management Regulation @

| MEMBER'S NAME (Last, first, MI) | | | | RANK | SERVICE | DOS |
|---|---|---|---|---|---|---|
| DIAZ, SALVADOR | | | 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 | E1 | NAVY | Jul 01, 2004 |

| ENTITLEMENTS | RATES | PERIOD | PERIOD COVERED: 001101 - 040701 |
|---|---|---|---|
| monthly except enlisted BAS prior to 2002 and overseas COLA. | | | EXPIRATION OF TERM OF SERVICE (ETS): 001201 |
| BASIC PAY | $2,660.40 | 2,660.40 | (NOT ENTITLED TO PAY AND ALLOWANCES AFTER ETS) |
| BAS | $8.64 | 230.28 | MILITARY CONFINEMENT: 001201 - 040701 |
| BAH(BAQ) | $0.30 | 0.30 | DEMOTION FROM E7 TO E1 EFFECTIVE 001215 |
| BAH (VHA) | $1,312.70 | 1,312.70 | BASIC PAY = 30 DAYS (001101 - 001130) @ $88.68/DAY |
| CLOTHING | $48.14 | 288.84 | BAS: |
| | | | 7 DAYS LV @ $7.58 =                                     $53.06   (001020 - 001026) |
| | | | LESS 7 DYS @ $8.54 =                                 ($59.78) (001020 - 001026) |
| | | | 6 DAYS @ $8.54 =                                        $51.24   (001101 - 001106) |
| | | | 20 DAYS LV @ $7.58 =                                 $151.60  (001107 - 001126) |
| | | | 4 DAYS @ $8.54 =                                         $34.16   (001127 - 001130) |
| | | | $230.28 |
| | | | BAQ = 30 DAYS (001101 - 001130) @ $.01/DAY |
| | | | VHA = 30 DAYS (001101 - 001130) @ $43.75667/DAY |
| | | | CLOTHING = 6 MONTHS (JUN 00 - NOV 00) @ $48.14/MONTH |
| | | | |
| | | | ALLOTMENTS: |
| UNPAID LAST MONTH | | | Bank Acct 4 months @ $400.00 =                  $1,600.00  (Nov 00 - Feb 01) |
| TOTAL ENTITLEMENTS | | 4,492.52 | Bank Acct 4 months @ $100.00 =                   $400.00  (Nov 00 - Feb 01) |
| DEDUCTIONS | | | Tricare Dental 2 months @ $19.08 =                 $38.16  (Jan 01 - Feb 01) |
| Allotments | | 2,038.16 | $2,038.16 |
| Federal Income Tax (FITW) | | 1,253.18 | |
| Social Security Tax (FICA) | | 164.99 | SGLI = 1 MONTH (NOV 00) @ $16.00/MONTH |
| Medicare (FICA) | | 38.56 | AFRH = 1 MONTH (NOV 00) @ $.50/MONTH |
| SGLI | | 16.00 | DENAL = 1 MONTH (NOV 00) @ $19.70/MONTH |
| AFRH | | 0.50 | |
| State Income Tax (SITW) | | | |
| Dental | | 19.70 | |

<br>

| | | | PAYMENTS | |
|---|---|---|---|---|
| | | Month | Mid-Month Pmt | End-Of-Month Pmt |
| | | Nov-00 | $1,572.83 | $1,580.89 |
| | | Dec-00 | $932.63 | $827.07 |
| | | Jan-01 | $740.91 | $749.05 |
| | | Feb-01 | $183.51 | $181.30 |
| | | Totals | $3,429.88 | $3,138.31 |

| OVERPAID LAST MONTH | | 0.00 | |
|---|---|---|---|
| TOTAL DEDUCTIONS | | 3,531.09 | |
| AMOUNTS DUE | | 961.43 | |
| LESS PAYMENTS | | | |
| Mid-Month Pmts | | 3,429.88 | |
| EOM Pmts | | 3,138.31 | |

| | | | Payments sent to:          NAVAL SURFACE W C FCU |
|---|---|---|---|
| | | | Acct #:               15922 |
| Overpaid | | (5,606.76) | |
| (Total entitlements less total deductions equal unpaid or overpaid.) | | | PEV          06/04/26 |
| | | | DISCHARGE PRECLUDES PAYMENT OF ACCRUED LEAVE |

DFAS-DE FORM 0-641, MAY 91          (COMPUTER GENERATED)   STATEMENT OF MILITARY PAY ACCOUNT
For more information, contact a customer service representative @

