UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SALVADOR DIAZ, on his own behalf and all others similarly situated, | : : : | CIVIL ACTION NO. 1:07-cv-11065 (JFK) |
| Plaintiff, | : | |
| V. | : : | |
| DIVERSIFIED COLLECTION SERVICES, INC. Defendant. | : : | JANUARY 28, 2008 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendant, Diversified Collection Services, Inc., in the above-captioned civil action.

                                                     /s/
Jonathan D. Elliot  (JE3654)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Post Office Box 1740
Bridgeport, CT  06601
Tele.: (203) 333-9441
Fax:   (203) 333-1489
jelliot@znclaw.com

Attorneys for Defendant
Diversified Collection Services, Inc.

## CERTIFICATION OF SERVICE

I hereby certify that on **August 28, 2008**, a copy of foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/
                              Jonathan D. Elliot  (JE3654)

                                    Zeldes, Needle & Cooper, P.C.
                                    1000 Lafayette Boulevard
                                    Post Office Box 1740
                                    Bridgeport, CT  06601
                                    Tele.: (203) 333-9441
                                    Fax:   (203) 333-1489
                                    jelliot@znclaw.com

                            Attorneys for Defendant
                            Diversified Collection Services, Inc.