UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVADOR DIAZ, on his own behalf and all others similarly situated, | CIVIL ACTION NO. 1:07-cv-11065 (JFK) |
| Plaintiff, | |
| V. | |
| DIVERSIFIED COLLECTION SERVICES, INC. Defendant. | JANUARY 29, 2008 |

## CORPORATE DISCLOSURE STATEMENT OF DIVERSIFIED COLLECTION SERVICES, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Diversified Collection Services, Inc. ("Defendant"), states that its parent company is Performant Financial Corporation. There is no publicly held corporation that owns 10% or more of its stock.

Defendant
Diversified Collection Services, Inc.

By: _____
Jonathan D. Elliot (je3654)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel. 203-333-9441
Fax 203-333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

**CERTIFICATION OF SERVICE**

I hereby certify that on **January 29, 2008**, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Defendant
Diversified Collection Services, Inc.

By: _____
Jonathan D. Elliot (JE3654)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel. 203-333-9441
Fax 203-333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

2