UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Salvador Diaz

— v —

Diversified Collection

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 1106 5 (JFK)(THK)

------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

✓ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

Particular Motion:_____

_____

All such motions: _____

---

* Do not check if already referred for general pretrial.  ✓

**SO ORDERED**.

DATED:     New York, New York
              3-12-08

United States District Judge