UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Salvador Leaz, etc.

        v.

Diversified Collection
Services, Inc.
                                    :
                                    :    ORDER
                                    :    07 Civ. 11065 (JFK)
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-08

JOHN F. KEENAN, United States District Judge:

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by  June 30, 2008.
Any amendment of the pleadings by  June 30, 2008.
Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.
Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.
Replies to any expert reports by _____.
Discovery to be complete by  September 12, 2008.
Next conference will be held on  September 15, 2008 - 10:30 am.
Discovery supervision will be referred to Magistrate Judge  Katz.

SO ORDERED. March 12, 2008
Dated: New York, New York

                                        /s/ John F. Keenan
                                        JOHN F. KEENAN
                                        United States District Judge