# ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

Jonathan D. Elliot, Esquire
Direct Dial: (203) 332-5727
E-Mail: jelliot@znclaw.com

June 16, 2008

The Hon. Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Civil Action No. 1:07CV11065(JFK)(THK)
      U.S. District Court, Southern District of New York
      <u>Salvador Diaz v. Diversified Collection Services, Inc.</u>

Dear Magistrate Judge Katz:

I represent the defendant in the above action.

In lieu of the status report called for by Your Honor's letter of April 7, 2008, I am writing to report that counsel has negotiated a settlement of the above matter and that we are undertaking preparation of the necessary settlement documents. We expect to be able to file a stipulation for dismissal of the matter within the next two to three weeks.

Respectfully,

Jonathan D. Elliot

JDE/dbr
cc:   Abraham Kleinman, Esq.