UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVADOR DIAZ, on his own behalf and all others similarly situated, | CIVIL ACTION NO. 1:07-cv-11065 (JFK) (THK) |
| Plaintiff, | |
| V. | |
| DIVERSIFIED COLLECTION SERVICES, INC. Defendant. | STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Plaintiff, Salvador Diaz, and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

Dated: June 26, 2008

THE PLAINTIFF
SALVADOR DIAZ

By: _____
Abraham Kleinman (AK-6300)

Law Office of Kleinman, LLC
626 RexCorp Plaza
Uniondale, NY 11556-0626
Tel. 516-522-2621
Fax: 888-903-8400
akleinman@aolve360.com

THE DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC.

By: _____
Jonathan D. Elliot

Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel. 203-333-9441
Fax 203-222-1489
jelliot@znclaw.com