KEENAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVADOR DIAZ, on his own behalf
and all others similarly situated,

    Plaintiff,

V.

DIVERSIFIED COLLECTION SERVICES, INC.
    Defendant.

CIVIL ACTION NO.
1:07-cv-11065 (JFK) (THK)

STIPULATION FOR
DISMISSAL WITH PREJUDICE

The Plaintiff, Salvador Diaz, and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

Dated: June 26, 2008

THE PLAINTIFF
SALVADOR DIAZ

By: _____
Abraham Kleinman (AK-6300)

Law Office of Kleinman, LLC
626 RexCorp Plaza
Uniondale, NY 11556-0626
Tel. 516-522-2621
Fax: 888-903-8400
akleinman@aolve360.com

THE DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC.

By: _____
Jonathan D. Elliot

Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel. 203-333-9441
Fax 203-222-1489
jelliot@znclaw.com

_____ 9/2/08
U.S.D.J.